**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SAIDZHON SAIDOV,**<br>            **Petitioner,**<br><br>            **v.**<br><br>**JAMAL L. JAMISON, JOHN RIFE,**<br>            **Respondents.** | **CIVIL ACTION**<br><br><br><br>**NO.  26-1699** |

**O R D E R**

**AND NOW**, this 16th day of March, 2026, upon consideration of the Petition for Writ of

Habeas Corpus (ECF No. 1), it is hereby **ORDERED** as follows:

1.  Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of

    Pennsylvania without further order of the Court.

2.  Respondents shall file and serve a response on or before **March 18, 2026**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**
_____
   **HODGE, KELLEY B., J.**