**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SAIDSHON SAIDOV | : | |
| | : | |
| *Petitioner,* | : | |
| | : | |
| *v.* | : | Civil Action No.   26-cv-1699 |
| | : | |
| JAMAL L. JAMISON, *et al.* | : | |
| | : | |
| *Respondents.* | : | |

**STIPULATION AND ORDER**

On March 16, 2026, the Court issued a scheduling order directing Respondents to file a response to the Petition for Writ of Habeas Corpus by March 18, 2026. (ECF 2). The Respondents did not receive or become aware of the Court's Order or the Petition (ECF 1) until March 18, 2026. After consulting, the parties agree and stipulate as follows:

1. The parties stipulate and agree to respectfully request that the Respondents' response to the Petition [ECF 1] be extended to **March 19, 2026**.

2. The parties acknowledge this Court's Order that Respondents are enjoined from removing or transferring Petitioner from the Eastern District of Pennsylvania, however, Petitioner was moved from the Federal Detention Center in the Eastern of District of Pennsylvania to the Moshannon Valley Processing Center (MVPC) in the Western District of Pennsylvania on March 17, 2026 – after the date of this Order, but prior to Respondents being served or aware of the Order.

3. The parties stipulate that, pending the Court's ruling on the pending motion and application, Petitioner will remain at MVPC and not be removed from

1

the Commonwealth of Pennsylvania.

4. To expeditiously resolve the petition, the parties hereby stipulate and agree to waive oral argument and respectfully request that the petition for a writ of habeas corpus be decided on the papers at the Court's earliest convenience.

Dated: March 18, 2026

Respectfully submitted,

DAVID METCALF
United States Attorney

/s/ *Adam Boyd*
ADAM R. BOYD, ESQ.
Palladino, Isbell & Casazza, LLC
1528 Walnut Street, Suite 1701
Philadelphia, PA 19102
Phone: (215) 576-9000
Email: adam@piclaw.com

*Counsel for Petitioner*

/s/ *Anthony St. Joseph*
ANTHONY ST. JOSEPH
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone: (215) 861-8200
Email: Anthony.stjoseph@usdoj.gov

*Counsel for Respondents*

**Accordingly, it is so ORDERED**:

BY THE COURT

Dated: March 18, 2026

**/s/ Hon. Kelley B. Hodge**

HODGE, KELLEY B.
United States District Court Judge

3