**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SAIDZHON SAIDOV,**<br>**Petitioner,** | | **CIVIL ACTION** |
| **v.** | | |
| **JAMAL L. JAMISON, JOHN RIFE**<br>**Respondents.** | | **NO.  26-1699** |

**O R D E R**

**AND NOW**, this 20th day of March, 2026, upon consideration of Saidzhon Saidov's Petition for Writ of Habeas Corpus (ECF No. 1 (the "Petition")) and the Government's opposition thereto (ECF No. 7), it is hereby **ORDERED** as follows:

1. The Petition is **GRANTED.** The Government shall **RELEASE** Petitioner from custody immediately and file an entry on the docket certifying compliance with this Order **no later than 5:00 p.m. on March 23, 2026.**

2. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2). Instead, Petitioner is subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

3. The Government is temporarily enjoined from re-detaining Petitioner until **March 30, 2026**.

4. If the Government decides to pursue re-detention of Petitioner after March 30, 2026, it must first provide him with a bond hearing by an Immigration Judge pursuant to 8 U.S.C. § 1226(a).

5. The Government may not remove, transfer, or otherwise facilitate the removal of Petitioner from the Commonwealth of Pennsylvania before the ordered bond hearing. If the Immigration Judge determines at the bond hearing that Petitioner is subject to detention

under 8 U.S.C. § 1226(a), the Government may request permission from this Court to move

Petitioner if unforeseen or emergency circumstances so require.

BY THE COURT:

/s/ Hon. Kelley. B. Hodge

_____

HODGE, KELLEY B., J.