**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SAIDZHON SAIDOV,** | **CIVIL ACTION** |
| **Petitioner,** | |
| **v.** | |
| **JAMAL L. JAMISON, JOHN RIFE** | **NO.  26-1699** |
| **Respondents.** | |

## O R D E R

**AND NOW**, this 10th day of June, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF 1) filed by petitioner, Saidzhon Saidov, the Court noting that said Petition was granted by Memorandum and Order dated March 20, 2026, and the Government having certified its compliance on March 23, 2026, **IT IS ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.

**BY THE COURT:**

**/s/ Hon. Kelley. B. Hodge**

**HODGE, KELLEY B., J.**